

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cR 2593-BEN |
| Plaintiff ) | CRIMINAL NO. 08mj 2233 |
| ) | |
| vs. ) | ORDER |
| MELVIN CESAR JONES ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

BLADIMIR MUNOS- MORENO

DATED: 8/7/8

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                    OR
                DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by J. Jarabek
            Deputy Clerk

**J. JARABEK**

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70062
mc500 Crim-25 rev. 8-95