

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 08cR 2593-BEN |
| Plaintiff ) | CRIMINAL NO. 08mj 2233 |
| ) | |
| vs. ) | ORDER |
| MELVIN CESAR JONES ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/**Magistrate** Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

BLADIMIR MUNOS- MORENO

DATED: 8/7/8

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by J. Jarabek
Deputy Clerk

**J. JARABEK**